UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| vs. | ) ) ) | |
| COTENDO, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiffs Akamai Technologies, Inc. and Massachusetts Institute of Technology hereby state:

1. Plaintiff Massachusetts Institute of Technology does not have a parent corporation and no publicly held companies own 10% or more of its stock.

2. Plaintiff Akamai Technologies, Inc. does not have a parent corporation and, based on information currently available, is not aware of any publicly held company that owns 10% or more of its stock.

Dated: November 9, 2010

4752386v1

        Respectfully submitted,

By: */s/ Carlos Perez-Albuerne*
  Robert S. Frank, Jr. (BBO# 177240)
  Carlos Perez-Albuerne (BBO# 640446)
  Courtney M. Schou (BBO# 671104)
  CHOATE, HALL & STEWART
  Two International Place
  Boston, Massachusetts 02110
  (617) 248-5000
  rfrank@choate.com
  cperez@choate.com
  cschou@choate.com