# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 10-11921-GAO |
| vs. | ) ) ) | |
| COTENDO, INC., | ) ) ) | |
| Defendant. | ) ) | |
| COTENDO, INC., | ) ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND
RESCHEDULE DECEMBER 12, 2011 STATUS CONFERENCE**

Plaintiffs Akamai Technologies, Inc. and the Massachusetts Institute of Technology and Defendant Cotendo, Inc. jointly move to amend the scheduling order entered by the Court on March 28, 2011, and amended by the Court on November 21, 2011. The parties request that the Court amend the currently-scheduled case deadlines as follows:

| Event | Current Schedule | Amended Schedule (Requested) |
|---|---|---|
| Deadline To Amend Pleadings and Add Parties | Dec. 16, 2011 | Jan. 17, 2012 |
| Opening Markman Briefs | Dec. 21, 2011 | Jan. 23, 2012 |
| Reply Markman Briefs | Jan. 17, 2012 | Feb. 21, 2012 |

The parties also jointly request that the Court reschedule the status conference currently scheduled for December 12, 2011. In light of the parties' proposed amended schedule, the parties request that the status conference be rescheduled for mid-January 2012 and, if possible, be conducted telephonically to facilitate attendance by out-of-state counsel.

The parties do not anticipate that this amended schedule will affect the remaining deadlines in the case.

                                                Respectfully submitted,

AKAMAI TECHNOLOGIES, INC. and                   COTENDO, INC.
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY.

By their attorneys,                             By its attorneys,

/s/  Andrew J. Danford                          /s/ Michael S. D'Orsi
William F. Lee (BBO # 291960)                   Peter E. Gelhaar (BBO #188310)
Lauren B. Fletcher (BBO #662217)                Michael S. D'Orsi (BBO #566960)
Jonathan W. Andron (#663401)                    DONNELLY, CONROY & GELHAAR, LLP
Megan Barbero (BBO #668854)                     One Beacon Street, 33rd Floor
Andrew J. Danford (BBO #672342)                 Boston, Massachusetts 02108
WILMER CUTLER PICKERING                         Tel: (617) 720-2880
HALE AND DORR LLP                               Fax: (617) 720-3554
60 State Street, Boston MA 02109                peg@dcglaw.com
Tel: (617) 526-6000                             msd@dcglaw.com
Fax: (617) 526-5000
William.Lee@wilmerhale.com                      Ron E. Shulman (*pro hac vice*)
Lauren.Fletcher@wilmerhale.com                  Terry Kearney (*pro hac vice*)
Jonathan.Andron@wilmerhale.com                  Richard G. Frenkel (*pro hac vice*)
Megan.Barbero@wilmerhale.com                    LATHAM & WATKINS LLP
Andrew.Danford@wilmerhale.com                   140 Scott Dr.
                                                Menlo Park, CA 94025
                                                Tel: (650) 328-4600


Fax: (650) 463-2600  
ron.shulman@lw.com  
terry.kearney@lw.com  
rick.frenkel@lw.com  

Sameer Dhond (*pro hac vice*)  
LATHAM & WATKINS LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111-6538  
Tel: 415-391-0600  
sameer.dhond@lw.com  

Dated: December 12, 2011  *Attorneys for Cotendo, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 12, 2011.

                                              /s/ Andrew J. Danford
                                              Andrew J. Danford

Dated:  December 12, 2011