**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 10-11921-GAO |
| vs. | ) ) ) | |
| COTENDO, INC., | ) ) ) | |
| Defendant. | ) ) | |
| COTENDO, INC., | ) ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action, including all claims and counterclaims therein, is hereby dismissed with prejudice, each party expressly waiving all rights of appeal and each party agreeing to bear its own costs and attorneys' fees in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| AKAMAI TECHNOLOGIES, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY. | COTENDO, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Andrew J. Danford<br>William F. Lee (BBO # 291960)<br>Lauren B. Fletcher (BBO #662217)<br>Jonathan W. Andron (#663401)<br>Megan Barbero (BBO #668854)<br>Andrew J. Danford (BBO #672342)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street, Boston MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>William.Lee@wilmerhale.com<br>Lauren.Fletcher@wilmerhale.com<br>Jonathan.Andron@wilmerhale.com<br>Megan.Barbero@wilmerhale.com<br>Andrew.Danford@wilmerhale.com | /s/ Michael S. D'Orsi<br>Peter E. Gelhaar (BBO #188310)<br>Michael S. D'Orsi (BBO #566960)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street, 33rd Floor<br>Boston, Massachusetts 02108<br>Tel: (617) 720-2880<br>Fax: (617) 720-3554<br>peg@dcglaw.com<br>msd@dcglaw.com<br><br>Ron E. Shulman (*pro hac vice*)<br>Terry Kearney (*pro hac vice*)<br>Richard G. Frenkel (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>140 Scott Dr.<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600<br>ron.shulman@lw.com<br>terry.kearney@lw.com<br>rick.frenkel@lw.com<br><br>Sameer Dhond (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Tel: 415-391-0600<br>sameer.dhond@lw.com |
| Dated: March 8, 2012 | *Attorneys for Cotendo, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 8, 2012.

                                            /s/ Andrew J. Danford
                                            Andrew J. Danford

Dated:  March 8, 2012